AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Timothy J. Wyse Telephone: (313) 226-9144
Special Agent: Mark Koch Telephone: (313) 418-2898

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Mark Ezennia

Case No. Case: 2:20−mj−30481
Assigned To : Unassigned
Assign. Date : 11/13/2020
Description: USA V. EZENNIA (CMP)(MEV)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 8, 2019 to August 19, 2019 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1030(a)(4) | Intent to defraud with access to a private computer without authorization |
| 18 U.S.C. 1343 | Wire Fraud |
| 18 U.S.C. 1028(a)(1) | Aggravated Identity Theft |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

MARK R KOCH Digitally signed by MARK R KOCH Date: 2020.11.13 12:14:30 -05'00'
*Complainant's signature*

Special Agent Mark Koch
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: November 13, 2020

*Judge's signature*

City and state: Detroit, MI

U.S. Magistrate Judge Kimberly Altman
*Printed name and title*

# AFFIDAVIT

I, Mark Koch, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations (HSI), Detroit, Michigan, and have been since 2003. In my over seventeen years as an HSI Special Agent, I have investigated crimes involving financial frauds, money laundering, narcotics trafficking and computer crimes.

2. The facts set forth in this affidavit are based on my personal knowledge, my training and experience, information obtained from analysts and witnesses, and from the review of documents, databases, and computer records.

3. This affidavit is intended to show merely that there is sufficient probable cause to support a criminal complaint and does not set forth all of my knowledge about this matter. Unless noted otherwise, all conversations and statements described in this affidavit are related in substance and in part, and are not verbatim quotations.

4. I make this affidavit in support of a criminal complaint against MARK EZENNIA (hereinafter EZENNIA) for violations of Title 18, United States Code , Sections 1030(a)(4), 1343 and 1028A(a)(1). Specifically, as set forth below, there is probable cause to believe that:

- On or about the dates between June 8, 2019 and August 19, 2019, EZENNIA—knowingly and with the intent to defraud—accessed a protected computer without authorization and obtained information by compromising and utilizing the login credentials of 18 AT&T employees to support a fraudulent scheme that was devised by that led to him obtaining by fraud over $163,780.30 in cryptocurrency in violation of Title 18, United States Code, Section 1030(a)(4);

- On or about the dates between June 8, 2019 and June 30, 2019, EZENNIA did knowingly, and with the intent to defraud, participate in a scheme to defraud JL, GA, JF, MH, SS, ER, MD, RT, AD, VM, and RC of over $163,780.30 in cryptocurrency (valued at the time of the theft) by means of false or fraudulent pretenses, representations or promises. EZENNIA did knowingly transmit, or cause to be transmitted, writings, signs, signals, pictures, or sounds by means of wire communication in interstate commerce in furtherance of the scheme to defraud JL, GA, JF, MH, SS, ER, MD, RT, AD, VM, and RC in violation of 18 U.S.C. Section 1343.
- On or about the dates between June 8, 2019 and June 30, 2019, EZENNIA did knowingly transfer or use, without lawful authority, a means of other persons, JL, GA, JF, MH, SS, ER, MD, RT, AD, VM, and RC, for the purpose of executing a scheme to defraud JL, GA, JF, MH, SS, ER, MD, RT, AD, VM, and RC of cryptocurrency during and in relation to a violation of 18 U.S.C. Section 1343 in violation of 18 U.S.C. Section 1028A(a)(1).

**OVERVIEW OF THE SCHEME**

5. Based on my participation in this investigation, I have learned that EZENNIA knowingly participated in a scheme to defraud victims of cryptocurrency. The investigation has revealed that:

- While impersonating an AT&T employee over the phone, EZENNIA did direct employees of an authorized AT&T retailer to access phishing websites. EZENNIA directed the employees to enter their login information into these

phishing sites and requested additional login information from the employees over the phone in order to compromise their accounts.

- Without authorization, EZENNIA thereby accessed AT&T's point-of sale system, OPUS, using the employees' login information. EZENNIA used these employee accounts to gain access the AT&T customer accounts of his victims.
- Without authorization, EZENNIA then transferred the AT&T phone numbers of his victims to a device controlled by him either directly or indirectly, a process referred to as "SIM Swapping".
- EZENNIA, and others, then leveraged control of the victims' mobile phone numbers in order to compromise victims' online accounts, including those on the cryptocurrency exchange Coinbase.com.
- EZENNIA, and others, then—without authorization—withdrew cryptocurrency from victims' accounts to wallets or accounts controlled directly or indirectly by EZENNIA.
- In order to obscure the origin of his fraudulently obtained funds, EZENNIA utilized an Internet gambling service to transfer cryptocurrency stolen from victims' accounts.

**INITIAL IDENTIFICATION OF EZENNIA'S INVOLVEMENT IN THE SCHEME**

6. On June 12, 2019, a cooperating individual (CM1) that has previously provided reliable information, provided law enforcement with a tip that "Voku" was actively engaged in SIM swapping. Your affiant knows "Voku" to be an online alias used by EZENNIA. CM1 stated that "Voku" also goes by "Caden Ryans". An HSI Detroit analyst knows that EZENNIA utilized the name "Caden" in the past.

7. On June 12, 2019, CM1 also stated that other known SIM swappers had recently worked with Voku, and that these other individuals recognized Voku's voice as the individual known to affiant as EZENNIA.

8. On June 13, 2019, CM1 provided Voku's current Discord account as *DustinXTF#2184*. CM1 also provided a recent video of an individual he knew to be Voku. An HSI Detroit analyst reviewed the video provided by CM1 and identified the individual in the video as EZENNIA. Using an online tool, an HSI Detroit analyst examined meta data for the video, which identified that the video was created on or about May 20, 2019.

9. On June 13, 2019, a tip submitted via a law enforcement website with the title "*Voku aka Caden back again..*". The message of the tip stated, *"Caden is back around.. after his mother called the police on him twice and he got dun out in the library. He is back to his sim swapping spree, doing this all day with his buddy Keith Cozart. I have recordings/logs. Email me back."* The email address used to submit the tip was undeliverable. Affiant knows that EZENNIA was previously reported to law enforcement by his mother and that he was previously arrested in a library.

10. On June 15, 2019, another tip was submitted via the same law enforcement website with the title *"Sim Swapper Back Again"*. The message of the tip stated, *"Hey, I would like to report someone that is back to doing sim swap fraud after his mother has caught him several times in the act and called the cops last year based out of a case in Michigan, his name is Caden Ryans, goes by the alias of Voku."* The tip included a video. On June 17, 2019, the tipster followed up with law enforcement and stated, *"Yes, he makes new discords every day so he is not on one main one, but one of them are Kentrell#3381. He is the one talking in the video."*

11. Based on my training and experience, and this investigation, I know that criminal actors will generate new accounts to avoid detection by law enforcement, as well as to limit their exposure in the event that one of their accounts was identified by law enforcement.

12. On June 18, 2019, an HSI Detroit analyst reviewed the video from the June 15, 2019 tip. The video was a screen and audio recording that included a Discord chat containing Discord user "Kentrall J" and two other users. Discord user "Kentrall J" is heard talking in the video, as indicated by the Discord chat. An HSI Detroit analyst recognized the voice of "Kentrall J" as EZENNIA. The screen recording then went to a Ricochet chat that included phone numbers XXX-XXX-3100 and XXX-XXX-3014. The screen recording then went to a Firefox browser that included a tab for a Google account recovery for email address sfhugXXXX@gmail.com with a phone number ending in 14.

13. On June 18, 2019, a law enforcement source stated that the two phone numbers from the video provided as part of the June 15, 2019 tip matched phone numbers used in unauthorized SIM swaps.

14. On June 18, 2019, an HSI Detroit Special Agent listened to a phone recording of an individual posing as AT&T tech support in order to compromise AT&T employee accounts. This agent recognized the voice as that of EZENNIA.

15. On June 20, 2019, HSI Detroit received further phone recordings of an individual posting as AT&T tech support in order to compromise AT&T employee accounts. An HSI Detroit analyst identified the caller in three of the calls as EZENNIA. The caller's voice in the fourth call was unrecognizable. During the three of the four calls, EZENNIA posed as an employee from the AT&T IT Department and asked the store employee to perform an OPUS update. EZENNIA then directed the employee to either the website attopus.com or attopus.org.

EZENNIA provided a pin of 689 and directed the store employee to fill in the information from the website. After the store employee submitted the information, EZENNIA asked the employee for the serial code for his computer and for the RSA token code. EZENNIA would then tell the employee that the update should be done in about thirty minutes and would conclude the call.

16. I know from this investigation that OPUS is the AT&T point of sale system that can be used to access customer data and make account changes, including SIM swaps.

**SUBSCRIBER INFORMATION OBTAINED FROM DISCORD**

17. Between June 25, 2019 and July 3, 2019, HSI Detroit personnel served multiple subpoenas for subscriber information to Discord, Inc. Between approximately June 26, 2019 and July 23, 2019, Discord, Inc. provided subpoena responses containing subscriber information for multiple accounts, including the following four accounts.

**"Deleted User 5a477ea7#6809"**

18. In mid-to-late 2018, an HSI Detroit analyst identified that Discord user ID 216418003250577418 belonged to EZENNIA based on content analysis of Discord search warrant returns obtained in 2018. A review of available content identified that this account was used to coordinated unauthorized SIM swaps between November 29, 2017 and December 19, 2017.

19. On or after June 26, 2019, an HSI Detroit analyst reviewed the subpoena response for Discord username *"Deleted User 5a477ea7#6809"* with User ID 216418003250577418. This account was registered on August 20, 2016. An HSI Detroit analyst reviewed IP logs for this account which showed renewed account activity between April 21, 2019 through May 19, 2019 on 21 different IP addresses in 40 session logins. IP address 68.36.82.83 was used in 17 session logins and returned to the internet service provider (ISP) Comcast in vicinity of Canton,

Michigan. The other IP addresses returned to ISPs that appeared to run virtual private networks according to open-source research conducted by an HSI Detroit analyst.

20. In my training and experience, I know that a virtual private network (VPN) is a service that routes a user's connection through a server, thereby masking the user's actual IP address.

21. On or about June 27, 2019, an HSI Detroit analyst received a subpoena response from Comcast for IP address 68.36.82.83 from April 21, 2019 to May 17, 2019. The subscriber information for this account returned to the address 41323 Williamsburg Blvd, Canton, MI 48187. An HSI Detroit analyst identified this address as EZENNIA's residence.

**Username DustinXTF#2184**

22. On or about June 26, 2019, an HSI Detroit analyst reviewed the subpoena response for Discord username *DustinXTF#2184* with User ID 588420689191763996. The subscriber records showed that it was registered on June 12, 2019 at 19:00:20 UTC from IP address 196.52.2.71. The email address on the account was gabbygirl22@goat.si, and the phone number on the account was 447375343135. An HSI Detroit analyst reviewed the IP logs for this account, which identified account activity between June 12, 2019 at 19:00:24 UTC and June 14, 2019 at 05:07:33 UTC in 8 session logins. The breakdown of IP addresses for this account was as follows:

| IP Address | Count | Start (UTC) | End (UTC) |
|---|---|---|---|
| 196.52.2.71 | 3 | 6/12/2019 19:00:24 | 6/12/2019 20:50:46 |
| 194.59.251.40 | 2 | 6/13/2019 20:26:55 | 6/14/2019 00:45:29 |
| 174.128.245.122 | 3 | 6/14/2019 05:05:42 | 6/14/2019 05:07:33 |

23. An HSI Detroit analyst conducted open-source research on the above IP addresses and corresponding ISPs, which identified that these connections likely involved a VPN service. IP address 174.128.245.122 returned to the ISP Sharktech. IP address 196.52.271 returned to the ISP Hosting Services, Inc. IP address 194.59.251.40 returned to the ISP M247 Ltd.

24. As will be described in the following sections, all three of the above IP addresses were associated with the compromise of AT&T employee IDs. Additionally, one of the above IP addresses was used to access the online exchange account of a compromised individual, while two of the above IP addresses were used to access an online cryptocurrency gambling account used to receive the stolen cryptocurrency.

**Username Kentrell#3381**

25. On or about July 2, 2019, an HSI Detroit analyst received a subpoena response for Discord username *Kentrell#3381* with User ID 588952423041728514. The subscriber records showed that the account was registered on June 14, 2019 at 07:32:10 UTC from IP address 174.128.245.122. The registration IP address matched the last IP address used by Discord username *DustinXTF#2184*. The email address on the account was labreporter876@goat.si, and the phone number on the account was 447398212168. An HSI Detroit analyst reviewed the IP logs for this account, which identified account activity between June 14, 2019 at 07:32:12 UTC and June 18, 2019 at 01:16:33 UTC. The breakdown of IP addresses for this account was as follows:

| IP Address | Count | Start (UTC) | End (UTC) |
|---|---|---|---|
| 174.128.245.122 | 1 | 6/14/2019 07:32:12 | 6/14/2019 07:32:12 |
| 173.244.44.31 | 1 | 6/14/2019 23:42:47 | 6/14/2019 23:42:47 |
| 196.52.2.98 | 1 | 6/15/2019 01:18:42 | 6/15/2019 01:18:42 |
| 173.244.36.80 | 2 | 6/15/2019 04:05:31 | 6/15/2019 12:59:21 |

| | | | |
|---|---|---|---|
| 173.244.36.9 | 2 | 6/15/2019 13:23:20 | 6/15/2019 13:23:33 |
| 104.200.153.96 | 3 | 6/15/2019 22:10:47 | 6/16/2019 14:19:15 |
| 199.116.115.145 | 1 | 6/16/2019 16:53:00 | 6/16/2019 16:53:00 |
| 173.239.232.107 | 1 | 6/16/2019 18:07:46 | 6/16/2019 18:07:46 |
| 173.244.36.74 | 1 | 6/16/2019 18:25:34 | 6/16/2019 18:25:34 |
| 193.37.252.119 | 2 | 6/16/2019 20:38:51 | 6/17/2019 02:10:48 |
| 198.148.82.82 | 1 | 6/17/2019 02:21:04 | 6/17/2019 02:21:04 |
| 199.127.56.88 | 1 | 6/17/2019 02:29:30 | 6/17/2019 02:29:30 |
| 199.116.118.158 | 2 | 6/17/2019 15:27:23 | 6/18/2019 00:59:12 |
| 199.116.118.239 | 1 | 6/18/2019 01:16:33 | 6/18/2019 01:16:33 |

26. An HSI Detroit analyst conducted open-source research on the above IP addresses and corresponding ISPs, which identified that these connections likely involved a VPN service. The IP addresses returned to the ISPs Sharktech, LogicWeb Inc, Total Server Solutions LLC, Ppman Services Srl, and VegasNAP LLC.

27. As will be described in the following sections, two of the above IP addresses were associated with the compromise of AT&T employee IDs. Additionally, one of the above IP addresses was used to access an online cryptocurrency gambling account used to receive the stolen cryptocurrency.

**Username "Deleted User 0069e867#3735"**

28. On July 3, 2019, an HSI Detroit analyst served a subpoena to Discord for any additional accounts registered after June 1, 2019 using the email domain "goat.si". On July 23, 2019, Discord provided a subpoena response that included Discord username *"Deleted User 0069e867#3735"* with User ID 590874029783515137. The subscriber records for this account showed that the account was registered on June 19, 2019 at 12:03:08 UTC from IP address 196.52.2.72. The email address on the account was botmastersige@goat.si, and the phone

number on the account was 447950413808. An HSI Detroit analyst reviewed the IP logs for this account, which identified account activity between June 19, 2019 at 12:03:10 UTC and June 23, 2019 at 15:34:57 UTC. The breakdown of IP addresses for this account was as follows:

| IP Address | Count | Start (UTC) | End (UTC) |
|---|---|---|---|
| 196.52.2.72 | 1 | 6/19/2019 12:03:10 | 6/19/2019 12:03:10 |
| 196.52.2.56 | 1 | 6/19/2019 15:52:56 | 6/19/2019 15:52:56 |
| 66.115.169.242 | 1 | 6/19/2019 19:01:55 | 6/19/2019 19:01:55 |
| 66.115.168.9 | 1 | 6/20/2019 15:46:20 | 6/20/2019 15:46:20 |
| 173.244.36.26 | 1 | 6/20/2019 23:36:50 | 6/20/2019 23:36:50 |
| 66.115.169.229 | 1 | 6/21/2019 13:43:27 | 6/21/2019 13:43:27 |
| 66.115.169.201 | 2 | 6/21/2019 16:40:49 | 6/21/2019 16:40:49 |
| 66.115.169.195 | 1 | 6/22/2019 03:15:48 | 6/22/2019 03:15:48 |
| 205.251.148.34 | 1 | 6/22/2019 09:23:02 | 6/22/2019 09:23:02 |
| 66.115.169.206 | 1 | 6/22/2019 10:35:23 | 6/22/2019 10:35:23 |
| 66.115.169.223 | 2 | 6/22/2019 14:22:08 | 6/22/2019 18:46:04 |
| 199.116.115.135 | 1 | 6/22/2019 19:07:37 | 6/22/2019 19:07:37 |
| 193.37.252.51 | 1 | 6/23/2019 04:45:14 | 6/23/2019 04:45:14 |
| 66.115.169.239 | 1 | 6/23/2019 14:04:18 | 6/23/2019 14:04:18 |
| 66.115.169.211 | 1 | 6/23/2019 15:34:57 | 6/23/2019 15:34:57 |

29. An HSI Detroit analyst conducted open-source research on the above IP addresses and corresponding ISPs, which identified that these connections likely involved a VPN service. The IP addresses returned to the ISPs LogicWeb Inc, Total Server Solutions L.L.C., Network Transit Holdings LLC, and Ppman Services Srl.

30. As will be described in the following sections, three of the above IP addresses were associated with the compromise of AT&T employee IDs. Additionally, one of the above

IP addresses was used to access an online cryptocurrency gambling account used to receive the stolen cryptocurrency.

**INFORMATION REGARDING COMPROMISED AT&T EMPLOYEE IDs**

31. Between July 2, 2019 and August 29, 2019, a loss prevention manager from the AT&T authorized retailer Prime Communications provided voice recordings of an individual calling into stores posing as “Zachary” or “Jason” from AT&T tech support. An HSI Detroit analyst reviewed the recordings and recognized the caller as EZENNIA. EZENNIA utilized the same verbiage and technique as calls previously discussed and reviewed. The loss prevention manager also provided several statements from Prime Communications employees regarding these calls. In total, the loss prevention manager provided 14 AT&T employee IDs associated with these recordings and/or statements that were suspected to be compromised between June 8, 2019 and August 20, 2019.

32. During the course of the calls, EZENNIA directed the employee to a website. Based on the recordings, the following websites were provided by the caller: attopus.ru, attopus.com, attopus.cc, attopus.org, attopus.me, and opusatt.org.

33. An HSI Detroit analyst conducted open-source research on these websites. The websites attopus.org and opusatt.org were identified as phishing sites on the website PhishTank. An additional website, attopus.net, was also identified as a phishing site on PhishTank. Screenshots of all three of these websites featured an AT&T Global Logon screen asking for ATTUID (the AT&T employee ID), Password, Dealer Code, and PIN. The websites attopus.me, attopus.net, attopus.org and opusatt.org were also contained in a list of known phishing domains maintained in a GitHub.

34. An HSI Detroit analyst conducted WHOIS lookups of the domain names, which identified that they were created between approximately June 5, 2019 and August 1, 2019. The registrants for all of the domain names were either masked, redacted, or omitted.

35. An HSI Detroit analyst accessed the websites attopus.com and attopus.cc while they were operational and downloaded the main web page of both sites. An HSI Detroit analyst compared the source code of both web pages and identified that they were identical. The websites were also identical in appearance as the screenshots for attopus.org, opusatt.org, and attopus.net. An HSI Detroit analyst was unable to access the websites attopus.ru, attopus.org, attopus.me or opusatt.org since they were no longer functional.

36. An HSI Detroit analyst provided an AT&T investigator with the IP addresses of session logins of Discord accounts *Kentrell#3381*, *DustinXTF#2184*, and *"Deleted User 0069e867#3735"*. The AT&T investigator identified four additional AT&T employee IDs that conducted unauthorized SIM swaps from these IP addresses on the same days as the Discord session logins. According to the Prime Communications loss prevention manager, there were no available recordings of calls involving these employees.

37. The 18 AT&T employee IDs and the approximate dates that the accounts were suspected to be initially compromised are as follows:

| **Employee ID** | **Date** |
|---|---|
| DB1XXX | 6/8/2019 |
| SP5XXX | 6/11/2019 |
| BC2XXX | 6/13/2019 |
| EB8XXX | 6/14/2019 |
| NM8XXX | 6/15/2019 |
| CC3XXX | 6/20/2019 |
| PC3XXX | 6/20/2019 |

| | |
|---|---|
| JP6XXX | 6/29/2019 |
| AP8XXX | 7/3/2019 |
| AP1XXX | 7/7/2019 |
| RP4XXX | 7/13/2019 |
| BF4XXX | 7/15/2019 |
| SS0XXX | 7/17/2019 |
| BM2XXX | 7/17/2019 |
| MT3XXX | 7/27/2019 |
| JU1XXX | 8/6/2019 |
| CC8XXX | 8/7/2019 |
| CW0XXX | 8/19/2019 |

38. The AT&T investigator also provided the IP addresses used to access the AT&T OPUS system by a portion of these employee IDs. On or about January 30, 2020, AT&T subpoena compliance provided a subpoena response that included additional IP addresses used by the AT&T employee IDs on the dates of their suspected compromise.

39. Six of the 18 AT&T employee IDs had logins from IP addresses that matched one or more of the three Discord accounts on the same day as follows:

- Employee ID SP5XXX utilized IP address 196.52.2.71 to conduct unauthorized SIM swaps between June 11, 2019 and June 13, 2019. There were session logins by Discord user *DustinXTF#2184* using this IP address on June 12, 2019.
- Employee ID BC2XXX utilized IP address 194.59.251.40 to conduct unauthorized SIM swaps between June 13, 2019 and June 14, 2019. There were session logins by Discord user *DustinXTF#2184* using this IP address between June 13, 2019 and June 14, 2019.

- Employee ID EB8XXX utilized IP address 174.128.245.122 to conduct unauthorized SIM swaps on June 14, 2019. There were session logins by Discord users *DustinXTF#2184* and *Kentrell#3381* using this IP address on June 14, 2019.
- Employee ID NM8XXX utilized IP address 104.200.153.96 to conduct unauthorized SIM swaps between June 15, 2019 and June 16, 2019. There were session logins by Discord user *Kentrell#3381* using this IP address on June 15, 2019.
- Employee ID PC3XXX utilized IP address 173.244.36.26 to conduct unauthorized SIM swaps on June 20, 2019. There was a session login by Discord user *"Deleted User 0069e867#3735"* using this IP address on June 20, 2019.
- Employee ID CC3XXX utilized IP addresses 66.115.169.211 and 66.115.169.223 to conduct unauthorized SIM swaps between June 20, 2019 and June 23, 2019. There were session logins by Discord user *"Deleted User 0069e867#3735"* using IP address 66.115.169.223 on June 22, 2019. There was a session login by Discord user *"Deleted User 0069e867#3735"* using IP address 66.115.169.211 on June 23, 2019.

**<u>INFORMATION REGARDING UNAUTHORIZED SIM SWAPS</u>**

40. Between July 22, 2019 and August 28, 2019, an AT&T investigator provided an HSI Detroit analyst with the identified unauthorized SIM swaps conducted by the 18 AT&T employee IDs during the time period that the accounts were suspected to be compromised.

41. In July and August 2019, an HSI Detroit analyst conducted analysis of these unauthorized SIM swaps. This analysis identified approximately 227 unique SIM swaps that occurred between June 8, 2019 and August 20, 2019 based on unique dates, phone numbers, and

employee IDs. An additional 11 unauthorized SIM swaps took place using the same employee ID, victim phone number, and date, but utilized a different IMEI, SIM card number or both.

42. I know from this investigation that SIM swappers will utilize a different SIM card or device in their possession if the initial fraudulent SIM swap is unsuccessful.

43. The 227 unique, unauthorized SIM swaps representing 215 unique phone numbers as broken down by AT&T employee ID and date range is as follows:

| Employee ID | Count | Start | End |
|---|---|---|---|
| DB1XXX | 3 | 6/8/2019 | 6/8/2019 |
| SP5XXX | 25 | 6/11/2019 | 6/13/2019 |
| BC2XXX | 15 | 6/13/2019 | 6/14/2019 |
| EB8XXX | 9 | 6/14/2019 | 6/14/2019 |
| NM8XXX | 8 | 6/15/2019 | 6/16/2019 |
| PC3XXX | 2 | 6/20/2019 | 6/20/2019 |
| CC3XXX | 25 | 6/20/2019 | 6/23/2019 |
| JP6XXX | 35 | 6/29/2019 | 7/2/2019 |
| AP8XXX | 36 | 7/3/2019 | 7/8/2019 |
| AP1XXX | 17 | 7/7/2019 | 7/10/2019 |
| RP4XXX | 11 | 7/13/2019 | 7/14/2019 |
| BF4XXX | 12 | 7/15/2019 | 7/16/2019 |
| SS0XXX | 2 | 7/17/2019 | 7/18/2019 |
| BM2XXX | 7 | 7/17/2019 | 7/18/2019 |
| MT3XXX | 4 | 7/27/2019 | 7/30/2019 |
| JU1XXX | 3 | 8/6/2019 | 8/7/2019 |
| CC8XXX | 8 | 8/7/2019 | 8/10/2019 |
| CW0XXX | 5 | 8/19/2019 | 8/20/2019 |

44. These unauthorized SIM swaps occurred on 23 unique International Mobile Equipment Identity (IMEI) numbers located in approximately 13 different markets across the

United States. An HSI Detroit analyst is aware that personnel from the New York County District's Attorney's Office and the REACT Task Force have conducted investigations into the phone holders from at least 8 of these markets.

45. Details on 11 of the approximately 227 unauthorized SIM swaps are as follows:

| Date | Empl. ID | IMEI | Mobile Number | SIM Card Number |
|---|---|---|---|---|
| 6/8/2019 | DB1XXX | 359157079981408 | (XXX) XXX-1143 | 310410194856593 |
| 06/12/19 | SP5XXX | 352005060175398 | (XXX) XXX-7572 | 310410190847741 |
| 06/12/19 | SP5XXX | 355396080751723 | (XXX) XXX-5935 | 310410194874668 |
| 06/12/19 | SP5XXX | 355432070600990 | (XXX) XXX-0526 | 310410194874666 |
| 06/12/19 | SP5XXX | 355436070053399 | (XXX) XXX-8983 | 310410166159310 |
| 06/13/19 | BC2XXX | 355433077179715 | (XXX) XXX-3815 | 310410078429541 |
| 06/22/19 | CC3XXX | 359182070967404 | (XXX) XXX-5456 | 310410199038238 |
| 06/22/19 | CC3XXX | 359182070967404 | (XXX) XXX-9180 | 310410199046678 |
| 06/29/19 | JP6XXX | 352002066002460 | (XXX) XXX-3357 | 310410191637315 |
| 06/29/19 | JP6XXX | 352002066002460 | (XXX) XXX-0999 | 310410191637316 |
| 06/30/19 | JP6XXX | 355337084483178 | (XXX) XXX-2422 | 310410199003778 |

## INFORMATION REGARDING KNOWN VICTIM LOSSES

46. Through interviews and a victim report from another law enforcement agency, HSI Detroit personnel identified four victims who experienced a financial loss from their Coinbase accounts following the aforementioned unauthorized SIM swaps. Between approximately August 5, 2019 and August 30, 2019, Coinbase provided an HSI Detroit analyst with account information for these four individuals, which included IP history, event logs, and transaction history.

47. On September 6, 2019, Coinbase provided a list of their customers who suffered a financial loss as a result of SIM swapping following a request by an HSI Detroit analyst. An

HSI Detroit analyst compared this information against the aforementioned unauthorized SIM swaps. This analysis identified an additional seven victims who experienced unauthorized withdrawals from their Coinbase accounts on the same day as the unauthorized SIM swaps.

48. On or about September 9, 2019, Coinbase provided account information for the seven additional individuals.

49. An HSI Detroit analyst examined the transaction history and event logs for the 11 accounts. Each account had cryptocurrency withdrawal transactions from Coinbase that were later marked as unauthorized. Each of these unauthorized transactions occurred on the same day as an unauthorized SIM swap of the individual's phone number involving one of the aforementioned 18 AT&T employee IDs.

50. The following chart identifies unauthorized SIM swaps and unauthorized withdrawal totals from Coinbase for the 11 identified individuals:

| **Victim** | **Phone** | **Swap Date** | **ATT UID** | **Loss Date** | **Loss Amount** | **USD Value** |
|---|---|---|---|---|---|---|
| JL | 1143 | 06-08-2019 | DB1XXX | 06-08-2019 | 1.2377333 BTC | $ 9,722.27 |
| GA | 5935 | 06-12-2019 | SP5XXX | 06-12-2019 | 0.11530481 BTC | $ 936.40 |
| JF | 0526 | 06-12-2019 | SP5XXX | 06-12-2019 | 0.34428842 BTC | $ 2,794.93 |
| MH | 8983 | 06-12-2019 | SP5XXX | 06-12-2019 | 0.09556292 BTC | $ 777.19 |
| SS | 7572 | 06-12-2019 | SP5XXX | 06-12-2019 | 0.15788955 BTC | $ 1,290.96 |
| ER | 3815 | 06-13-2019 | BC2XXX | 06-13-2019 | 7.67904639 BTC | $ 63,568.91 |
| MD | 5456 | 06-22-2019 | CC3XXX | 06-22-2019 | 3.45940899 BTC | $ 37,586.59 |
| RT | 9180 | 06-22-2019 | CC3XXX | 06-22-2019 | 2.89739367 BTC | $ 31,280.24 |
| AD | 0999 | 06-29-2019 | JP6XXX | 06-29-2019 | 38.55966262 ETH | $ 12,069.08 |
| VM | 3357 | 06-29-2019 | JP6XXX | 06-29-2019 | 5.16605359 BCH | $ 2,246.69 |
| RC | 2422 | 06-30-2019 | JP6XXX | 06-30-2019 | 0.1351725 BTC | $ 1,507.04 |

51. The total of the unauthorized Coinbase withdrawals from these 11 victims was approximately $163,780.30 as valued by Coinbase at the time of transaction.

52. An HSI Detroit analyst compared the IP addresses of each Coinbase account on or about the day of the unauthorized withdrawals against the IP addresses for the Discord accounts and AT&T OPUS sessions. This analysis identified two IP addresses with overlapping information as follows:

- **IP address 74.81.88.178:** According to AT&T records, employee ID JP6XXX utilized IP address 74.81.88.178 to conduct unauthorized SIM swaps between June 29, 2019 and July 2, 2019. Victim AD's Coinbase account was accessed by this same IP address on June 30, 2019 between approximately 01:39 UTC and 17:23 UTC.
- **IP address 194.59.251.40:** According to AT&T records, employee ID BC2XXX utilized IP address 194.59.251.40 to conduct unauthorized SIM swaps between June 13, 2019 and June 14, 2019. There were session logins by Discord user *DustinXTF#2184* using this IP address between June 13, 2019 and June 14, 2019. Victim ER's Coinbase account was accessed by IP address 194.59.251.40 on June 13, 2019.

**TRACING OF CRYPTOCURRENCY FROM VICTIM ACCOUNTS**

53. Using a blockchain forensics tool, an HSI Detroit analyst traced the cryptocurrency from the nine individuals that had unauthorized Bitcoin withdrawals from their Coinbase accounts on the day their phone numbers were SIM swapped. The other two victims did not experience an unauthorized withdrawal of Bitcoin.

54. The destination addresses for five of the nine accounts were Bitcoin addresses later determined to belong to an Internet gambling service. The destination address for one additional account further sent a portion of its bitcoin to addresses later determined to belong to that service within two hours of the initial withdrawal.

55. I know, both from my training and experience and from this investigation, that Internet gambling services are used by criminal actors to attempt to conceal proceeds of criminal activity. Criminal actors use these services to transfer funds between multiple cryptocurrency addresses, with the goal of obscuring the source and destination of these funds.

56. On or about July 26, 2020, the Internet gambling service voluntarily provided information pertaining to the Bitcoin addresses associated with the six Coinbase accounts, including IP connections, Bitcoin deposits, and Bitcoin withdrawals.

57. The Bitcoin addresses associated with four of the Coinbase accounts returned to a single account with username *HappyBaker*. *HappyBaker* utilized the email address xaqa@getnada.com. This account received approximately 6.816 BTC in deposits directly attributed to the unauthorized transactions from the four victim accounts. Additional tracing of deposits for this account identified a total of approximately 11.79 BTC directly from Coinbase in 31 deposits between June 13, 2019 and June 26, 2019.

58. Approximately 5.94 BTC was withdrawn from the account *HappyBaker* between June 14, 2019 and June 25, 2019 in five transactions. An HSI Detroit analyst determined that these five Bitcoin addresses were part of a single address cluster held by the same owner (Suspect Wallet 1) since they were co-spent together. On August 18, 2019 at 21:08 UTC, these five addresses, and others, were spent in a single transaction in which approximately 35.687 BTC was sent to a Bitcoin address ending with peJnu (Suspect Wallet 2).

59. Co-spending is when a number of bitcoin addresses are all used to send bitcoins in a single transaction, which indicates that a single owner holds the private keys for all those addresses. For example, if addresses A and B are co-spent in one transaction, and addresses B and C are co-spent in a second transaction, all addresses A, B and C will belong to the same owner.

60. The Bitcoin addresses for unauthorized withdrawals from victim ER's Coinbase account were associated with the Internet gambling service account UserKing00. *UserKing00* utilized the email address basicman99@goat.si. This account received approximately 3.978 BTC that originated from victim ED's Coinbase account in 2 deposits. Approximately 14 minutes after the two deposits, approximately 3.952 BTC was withdrawn from this Internet gambling service to a Bitcoin address ending with EPg7F. Through change address analysis, an HSI Detroit analyst determined that the Bitcoin address ending with EPg7F was likely part of Suspect Wallet 1.

61. Change address analysis identifies addresses operating as change addresses for a particular wallet, where all addresses are controlled by the same owner. When an address spends bitcoin, it must be spent in its entirety. Sometimes the value associated with an address is higher than what the owner wishes to send in a transaction. In this case, the wallet generates a new Bitcoin address for which the owner also holds the private key and sends the difference back to this address. This is known as change. Change addresses are therefore highly likely held by the same owner as the original Bitcoin address.

62. An HSI Detroit analyst further identified that approximately 0.629 BTC that originated from the initial destination address for victim JL was transferred to a Bitcoin address

ending with avKxj within one hour of the initial unauthorized withdrawal that took place on June 8, 2019.

63. On June 13, 2019 at 16:27 UTC, the bitcoin in this address, and others, were co-spent together in a single transaction in which approximately 18.943 BTC was sent to a Bitcoin address ending with b2z4N. Through change address analysis, an HSI Detroit analyst determined that the Bitcoin address ending with b2z4N was likely part of Suspect Wallet 1.

64. Using a blockchain forensics tool, an HSI Detroit analyst traced out the identified bitcoin associated with Suspect Wallet 1 and Suspect Wallet 2. Between June 21, 2019 and August 18, 2019, approximately 2.24 BTC was transferred from Suspect Wallet 1 to the peer-to-peer marketplace LocalBitcoins.com in 11 transactions. Between August 19, 2019 and February 26, 2020, approximately 3.42 BTC was transferred from Suspect Wallet 2 to LocalBitcoins.com in 24 transactions.

65. An HSI Detroit analyst reviewed LocalBitcoins.com information related to these Bitcoin addresses. He identified that a portion of the addresses returned to a single account created in June 2019. The real name on this account was Mark-Wilson Chukwudiuso EZENNIA. The phone number associated with the account was 447375343135. This phone number matches the phone number from subscriber information for Discord user *DustinXTF#2184*.

66. An HSI Detroit analyst further compared the IP connections for the Internet gambling accounts *userking00* and *HappyBaker* against the Discord accounts, AT&T OPUS sessions, and victim Coinbase accounts. This analysis identified seven IP addresses with overlapping information as follows:

- **IP address 194.59.251.40:** There were connections to the Internet gambling account *userking00* from IP address 194.59.251.40 between June 13, 2019 at 21:54 UTC and June 14, 2019 at 03:11 UTC. According to AT&T records, employee ID BC2XXX utilized IP address 194.59.251.40 to conduct unauthorized SIM swaps between June 13, 2019 and June 14, 2019. There were session logins by Discord user *DustinXTF#2184* using this IP address between June 13, 2019 and June 14, 2019. Victim ER's Coinbase account was accessed from this IP address on June 13, 2019 between 20:52:55 UTC and 21:39:06 UTC.
- **IP address 173.239.232.82.** On June 22, 2019 at 18:59 UTC, there was a login to the Internet gambling account account *happybaker* from IP address 173.239.232.82. Between 18:29:53 UTC and 19:44:54 UTC, there were events on victim RT's Coinbase account from this same IP address.
- **IP Address 173.239.232.117:** On June 22, 2019 between 17:12 UTC and 17:52 UTC, Internet gambling account *happybaker* utilized IP address 173.239.232.117. Between 17:06 UTC and 17:50 UTC on the same day, there were events on victim MD's Coinbase account from the same IP address.
- **IP Address 174.128.245.122:** On June 14, 2019 between 03:37:58 UTC and 22:01:42 UTC, there were logins to Internet gambling account *userking00* from IP address 174.128.245.122. There were session logins by Discord users *DustinXTF#2184* and *Kentrell#3381* using this IP address on June 14, 2019. Furthermore, employee ID EB8XXX utilized IP address 174.128.245.122 to conduct unauthorized SIM swaps on June 14, 2019.

- **IP Address 199.127.56.122:** On June 13, 2019 between 03:26 UTC and 03:29 UTC, there were logins to Internet gambling account *happybaker* from IP address 199.127.56.122. On June 13, 2019 between 03:13 UTC and 03:18 UTC, there were events on victim GA's Coinbase account from the same IP address.
- **IP Address 66.115.169.211:** On June 20, 2019 at 01:34:45, there was a login to Internet gambling account *happybaker* from IP address 66.115.169.211. According to AT&T records, AT&T employee ID CC3XXX utilized this IP address to conduct unauthorized SIM swaps between June 20, 2019 and June 23, 2019.
- **IP Address 70.32.0.134:** On June 13, 2019 at 04:12 UTC, there was a login to Internet gambling account *happybaker* from IP address 70.32.0.134. Between 03:52 UTC and 04:04 UTC, there were events involving victim JF's Coinbase account from this IP address.

**CONCLUSION**

67. Based on above facts, I respectfully submit that there is probable cause to believe that MARK EZENNIA has committed violations of Title 18, United States Code, Sections 1030(a)(4), 1343 and 1028A(a)(1).

Respectfully submitted,

MARK R KOCH Digitally signed by MARK R KOCH Date: 2020.11.13 14:34:22 -05'00'

Special Agent Mark Koch
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Kimberly Altman
U.S. Magistrate Judge

Dated: November 13, 2020